

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print     Logon

**20SL-CC03340 - ANGELA MALCICH V. ST. LOUIS COUNTY ET AL (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending     Display Options: All Entries

| | |
|---|---|
| 08/06/2020 | **Notice** |
| | Notice of Filing for Removal to Federal Court; Exhibit A Notice of Removal; Electronic Filing Certificate of Service. |
| |     **Filed By:** CATHERINE MARY ROBERTSON |
| |     **On Behalf Of:** ST. LOUIS COUNTY, ST. LOUIS COUNTY DEPARTMENT OF JUSTICE SERVICES |
| | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| |     **Filed By:** CATHERINE MARY ROBERTSON |
| |     **On Behalf Of:** ST. LOUIS COUNTY, ST. LOUIS COUNTY DEPARTMENT OF JUSTICE SERVICES |
| | **Removed to Fed Court** |
| 07/09/2020 | **Corporation Served** |
| | Document ID - 20-SMCC-5760; Served To - ST. LOUIS COUNTY; Server - RINEHART, WILLIAM; Served Date - 07-JUL-20; Served Time - 00:00:00; Service Type - Territory 22; Reason Description - Served; Service Text - LC |
| | **Corporation Served** |
| | Document ID - 20-SMCC-5761; Served To - ST. LOUIS COUNTY DEPARTMENT OF JUSTICE SERVICES; Server - RINEHART, WILLIAM; Served Date - 07-JUL-20; Served Time - 00:00:00; Service Type - Territory 22; Reason Description - Served; Service Text - LC |
| 06/29/2020 | **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-5761, for ST. LOUIS COUNTY DEPARTMENT OF JUSTICE SERVICES.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-5760, for ST. LOUIS COUNTY.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 06/24/2020 | **Memorandum Filed** |
| | Memorandum to Clerk. |
| |     **Filed By:** JONATHAN CORNWALL PLEBAN |
| 06/11/2020 | **Filing Info Sheet eFiling** |
| |     **Filed By:** JONATHAN CORNWALL PLEBAN |
| | **Pet Filed in Circuit Ct** |
| | Petition; Exhibit 1. |
| |     **On Behalf Of:** ANGELA MALCICH |
| | **Judge Assigned** |
| | DIV 14 |