IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-CV-01030 |
| | ) |
| ST. LOUIS COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO STAY DEADLINES PENDING APPEARANCE OF NEW COUNSEL

COMES NOW, the Parties, and for their Motion to Stay Deadlines Pending Appearance of New Counsel, states as follows:

1. Recently, the Parties discovered a conflict for one Defendant.

2. That Defendant will be obtaining new counsel.

3. As such, the Parties requests that the current deadlines be stayed until new counsel enters.

4. Following that entry, the Parties propose submitting a new joint proposed scheduling order to the Court.

WHEREFORE, the Parties pray the Court grant this motion, stay all deadlines as requested herein, and for any further relief the Court deems appropriate under the circumstances

Respectfully submitted,
PLEBAN & PETRUSKA LAW, LLC
By:      /s/ J.C. Pleban
J.C. Pleban, #63166
jc@plebanlaw.com
C. John Pleban, MO Bar No. 24190
cpleban@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO  63117
Telephone:     (314) 645-6666
Facsimile:     (314) 645-7376
*Attorneys for Plaintiff*

WIEDNER & McAULIFFE, LTD.
By: /s/ *Gregory D. DeBeer*
C. Zachary Vaughn, #56408
Gregory D. DeBeer, #62129
101 South Hanley, Suite 1450
St. Louis, Missouri 63105
(314) 721-3400 – telephone
(314) 725-5755 – fax
czvaughn@wmlaw.com
gddebeer@wmlaw.com
*Attorneys for Defendants Connie Heitman,
Janet Duwe and Robert Adams*

By: */s/ Catherine M. Robertson*
Catherine M. Robertson #63200MO
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue, 9th Floor
Clayton, MO 63105
(314) 615-7042
(314) 615-7031 (direct)
(314) 615-3732 (facsimile)
crobertson@stlouisco.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Federal Electronic Filing System on this 8th day of April, 2021.

/s/ J.C. Pleban