IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANGELA MALCICH,               )
                              )
          Plaintiff,          )
                              )
     v.                       )     Case No.  4:20-cv-01030
                              )
ST. LOUIS COUNTY, et al.,     )
                              )
          Defendants.         )

## ORDER

This matter is before the Court upon review of the record.  The Court previously granted the parties' joint motion for a stay pending the appearance of new counsel for Defendant Troy Doyle.  (Doc. No. 46).  On May 21, 2021, counsel entered an appearance for Doyle.  (Doc. No. 47).

Accordingly,

**IT IS HEREBY ORDERED** that the stay previously entered in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have **seven days** to respond to Defendants' Motion to Dismiss.  (Doc. No. 41).

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2021.