IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-CV-01030 |
| ST. LOUIS COUNTY, et al, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITIONS

**TO:**  Counsel of Record

**DATE**:  Tuesday, August 31, 2021

**DEPONENTS AND TIMES**:  Dr. Sam Page          9:00 a.m.
Spring Schmidt       2:00 p.m.

**LOCATION:**  Pleban & Petruska Law, LLC
2010 S. Big Bend Blvd.
St. Louis, MO 63117

Respectfully submitted,
PLEBAN & PETRUSKA LAW, LLC

By:   /s/ J.C. Pleban
J.C. Pleban, #63166
jc@plebanlaw.com
Benjamin P. Kates, #65557
bkates@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO  63117
Telephone:     (314) 645-6666
Facsimile:     (314) 645-7376
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via email on this 17th day of August 2021.

/s/ J.C. Pleban

