UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA MALCICH,<br><br>Plaintiff,<br><br>v.<br><br>SAINT LOUIS COUNTY, et al.<br><br>Defendants. | Cause No. 4:20-CV-01030-AGF |

## ENTRY OF APPEARANCE

COMES NOW Josh C. Breithaupt of Wiedner & McAuliffe, LTD, and hereby enters his appearance as attorneys for Defendants Connie Heitman, Janet Duwe and Robert Adams.

Respectfully submitted,

WIEDNER & McAULIFFE, LTD.

/s/ *Josh C. Breithaupt*
Josh c. Breithaupt – #56903
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, Missouri 63105
Phone: 314-721-3400
Fax: 314-725-5755
jcbreithaupt@wmlaw.com
*Attorney for Defendants Connie Heitman, Janet Duwe and Robert Adams*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 4, 2022, a copy of the foregoing was served on all parties electronically via this Court's Electronic Filing System.

/s/ *Josh C. Breithaupt*