UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:20-cv-01030-AGF |
| | ) |
| ST. LOUIS COUNTY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Angela Malcich's motion to quash the deposition of her expert witness, Dr. Diediker, (Doc. No. 98), and her motion to expedite briefing on her motion to quash. (Doc. No. 99). Pursuant to Local Rule 3.04, "[t]he Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so…." E.D. Mo. L.R. 3.04(A).  Plaintiff's counsel has not indicated that he conferred with opposing counsel or made reasonable efforts to do so.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to quash is **DENIED**.  (Doc. No. 98).

**IT IS FURTHER ORDERED** that Plaintiff's motion to expedite briefing is

**DENIED**.  (Doc. No. 99).

                                                                  _____
                                                                  AUDREY G. FLEISSIG
                                                                  UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2022.