Tonya English

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANGELA MALCICH,                    )
                                   )
Plaintiff,                         )
                                   )
                                   )
vs.                                )   Case 4:20-CV-01030
                                   )
                                   )
ST. LOUIS COUNTY, et al.,          )
                                   )
Defendants.                        )

THE DEPOSITION OF TONYA ENGLISH

Taken on behalf of Plaintiff

September 8, 2021

Jo Ann Sturm, CSR, CCR
ILLINOIS CSR NUMBER: 084-002267
MISSOURI CCR NUMBER: 716

STURM REPORTING SERVICES, INC.
7419 Stratford Avenue
St. Louis, Missouri  63130
(314) 780-2816

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Page 2

1          I N D E X   O F   E X A M I N A T I O N

2

3    DEPONENT TONYA ENGLISH

4        Direct Examination By Mr. Pleban ...............5

5        Cross-Examination By Mr. DeBeer ...............31

6        Redirect Examination By Mr. Chet Pleban .......36

7        Cross-Examination By Mr. DeBeer ...............41

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Jo Ann Sturm (201-381-537-0609)          9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

                                                          Page 3

 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3

 4
     ANGELA MALCICH,                    )
 5                                      )
     Plaintiff,                         )
 6                                      )
                                        )
 7   vs.                                )  Case 4:20-CV-01030
                                        )
 8                                      )
     ST. LOUIS COUNTY, et al.,          )
 9                                      )
     Defendants.                        )
10

11

12

13              THE DEPOSITION OF TONYA ENGLISH, produced,
     sworn, and examined on behalf of the Plaintiff, on
14   September 8, 2021, between the hours of 3:35 p.m. and
     4:28 p.m. on that day, at the law offices of Pleban &
15   Petruska, LLC, 2010 South Big Bend Boulevard, St.
     Louis, Missouri 63117, before JO ANN STURM, an
16   Illinois Certified Shorthand Reporter and a Certified
     Court Reporter within and for the County of St. Louis,
17   State of Missouri.

18

19

20

21

22

23

24

25

Sturm Reporting Services, Inc.
314.780.2816

Tonya English

1
                     A P P E A R A N C E S
2
                The Plaintiff, angela malcich, was
3    represented by Mr. J.C. Pleban and Mr. Chet Pleban of
     the law firm of Pleban & Petruska, LLC, 2010 South Big
4    Bend Boulevard, St. Louis, Missouri 63117.

5                The Defendant, TROY DOYLE, was represented
     by Mr. Eric Banks of the law firm of Banks Law, LLC,
6    1824 Chouteau Avenue, St. Louis, MO  63103.

7                The Defendants, DUWE, HEITMANN and
     ADAMS, were represented by Mr. Gregory D. DeBeer of
8    the law firm of Wiedner, McAuliffe, Ltd., 1010 South
     Hanley, Suite 1450, St. Louis, MO  63105.
9
                The Defendants, ST. LOUIS COUNTY,
10   MITCHELL, WRIGHT-BERRY, WOODS and MELLENTHIN were
     represented by Ms. Catherine M. Robertson, St. Louis
11   County Counselor's Office, 41 South Central Avenue,
     St. Louis, Missouri  63105.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sturm Reporting Services, Inc.
314.780.2816

Tonya English

Page 5

1          IT IS HEREBY STIPULATED AND AGREED by and

2     between counsel for the Plaintiff and counsel for the

3     Defendants that the deposition of TONYA ENGLISH may be

4     taken in shorthand by Jo Ann Sturm, a Certified Court

5     Reporter, and afterwards transcribed into typewriting,

6     and the signature of the witness is waived by

7     agreement of counsel and the witness.

8                         * * * * *

9                    TONYA ENGLISH,

10    of lawful age, being produced, sworn, and examined on

11    the part of the Plaintiff, and after responding "I do"

12    to the oath administered by the court reporter,

13    deposes and says:

14                      * * *

15                 DIRECT EXAMINATION

16                 BY MR. PLEBAN

17    Q    Tell us your name for the record, please,

18    ma'am.

19    A    Tonya English.

20    Q    Common spelling on your last name, English?

21    A    E-N-G-L-I-S-H.

22    Q    Officer English, where do you reside?  Where

23    do you live?

24    A    Say that again.

25    Q    Yes.  Maybe if you scoot up even just a

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 6

1   little bit more.  There you go.

2            Where do you live?

3        A    120 Sally Drive, Florissant, Missouri.

4        Q    And you're a correction officer of St. Louis

5   County; is that correct?

6        A    Correct.

7        Q    And you're employed by St. Louis County; is

8   that right?

9        A    Correct.

10       Q    How long have you been a correction officer

11  with St. Louis County?

12       A    Five years.  Five years.

13       Q    All settled?

14            What are your general duties and

15  responsibilities with St. Louis County as a correction

16  officer?

17       A    As of right now, I work in mass control.  I

18  control the whole jail.

19       Q    You're here today in connection with the

20  death of an inmate by the name of Daniel Stout and a

21  resulting lawsuit from that death, which is entitled

22  Angela Malcich versus St. Louis County and others.

23  I'm going to ask you some questions with respect to

24  that occurrence and with respect to that lawsuit.

25            If, at any time, you don't understand a

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 7

 1  particular question that I've asked of you or you

 2  haven't heard that question, I want you to stop me and

 3  ask me to repeat or rephrase the question in an effort

 4  to have you fully hear and understand what I'm asking.

 5  Is that agreeable?

 6        A    Okay.

 7        Q    Are you okay hearing me so far?

 8        A    Yes, I can hear you so far.

 9        Q    In the event that you don't stop me and ask

10  me to repeat or rephrase, I will assume that you heard

11  the question, that you understand the question, and

12  that you're giving a full and complete response to the

13  question I'm asking.  Is that also agreeable?

14        A    All right.

15        Q    Finally, you have to answer verbally for the

16  record.  You can't nod your head --

17        A    Right, right.

18        Q    Okay.  Now, let me direct your attention to

19  June 11, 2019.  Were you working that day?

20        A    Yes, I was working third shift that day.

21        Q    Now, in preparation for this deposition, did

22  you review any documents related to June 11, 2019 and

23  the death of Daniel Stout?

24        A    Yes, I did.  I had to refresh my memory,

25  because that was a couple years ago.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 8

1      Q    Understandably.  What did you review?

2      A    I reviewed the report that I wrote and my

3   journal entry.

4      Q    Anything else?

5      A    No.

6      Q    I'm going to put up on screen and ask you to

7   take a look at the report that you just referenced.

8      A    Okay.

9      Q    Can you see it?

10     A    Yes, I can see it.

11     Q    It's identified as Exhibit 8.

12     A    You only have half of it showing.

13     Q    All right.

14     A    Can you bring it down a little bit?

15     Q    Sure.

16     A    That's perfect.

17     Q    Can you take a look at that?

18     A    Uh-huh.

19     Q    Is that the report that you prepared in

20   connection with the death of Daniel Stout?

21     A    Yes.

22     Q    For whom did you prepare that report?

23     A    For the director at the time.  I don't know

24   if he was the director at the time or not.  It was for

25   Darby Howard.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 9

1      Q    She was a supervisor in the Department of

2   Corrections?

3      A    He's deputy director.

4      Q    And is that the report that you used to

5   refresh your recollection in preparation for this

6   deposition?

7      A    Yes, it is.

8      Q    It's Bates number 275 for the record.

9           So you came on duty on the 11th of June at

10  what time?

11     A    It would have been 9:58.

12     Q    Did you have some contact eventually with

13  Daniel Stout?

14     A    Not until he made the call to unit control.

15     Q    Not until what?  I didn't understand.

16     A    Not until he made the call out to unit

17  control, where I was sitting.

18     Q    About what time was that?

19     A    5:30.

20     Q    5:30 a.m., correct?

21     A    5:30 a.m.

22     Q    And that would be on June the 11th of 2019.

23     A    Yes.

24     Q    What was your understanding of the call that

25  he made to unit control?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 10

```
 1        A     He called out and said that he was having
 2    stomach pains and that he had just thrown up.
 3        Q     Now, in your statement, you use the word
 4    regurgitate.  Do you see that?
 5        A     Uh-huh.  Yes.
 6        Q     Is that a synonym for vomiting?
 7        A     That's what I use, yes, to write the report.
 8    That's the word I used to write the report.  I didn't
 9    want to say he threw up, so I used regurgitated.
10        Q     But for clarification, when you used the
11    word "regurgitated" in your report, what you meant was
12    he threw up or he vomited, correct?
13        A     Correct.
14        Q     Now, did you actually hear him call, make
15    that call?
16        A     Yes.  He had to call out to unit control in
17    order for me to hear him.
18        Q     You actually heard it as opposed to somebody
19    else telling you what he said; is that right?
20        A     No, he told me out of his own words that
21    that's what happened.
22        Q     So at the time that he made that call, he
23    was telling you that he threw up in his cell.
24        A     Correct.
25        Q     Was that the first time on June the 11th
```

Sturm Reporting Services, Inc.
314.780.2816

Tonya English

Page 11

1    that you understood that he threw up?

2         A    Yes.

3         Q    When you got that information, what, if

4    anything, did you do?

5         A    I called the -- I checked to see who was the

6    sick call nurse, and I called the sick call nurse to

7    give him that information.

8         Q    And why did you do that?

9         A    Because that's what we're supposed to do.

10        Q    And you knew that, at least as far as what

11   Daniel Stout was telling you, he was sick and he threw

12   up, right?

13        A    Correct.

14        Q    So somebody had to take care of him

15   medically.

16        A    I'm sorry, say it again.

17        Q    Somebody --

18        A    Repeat that.

19        Q    Sure.  You knew at that time that somebody

20   had to take care of him medically.  That's why you

21   contacted a medical person in the form of a nurse,

22   right?

23        A    Correct.

24             MR. DeBEER:  Objection.  Assumes facts not

25   in evidence.  Calls for speculation.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                        9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 12

1    BY MR. CHET PLEBAN:

2        Q    So when you spoke with -- who did you speak

3    with?  What nurse did you speak to?

4        A    I spoke with Janet Duwe, if I'm saying her

5    last name correctly.

6        Q    You spelled that in your report D-U-W-E; is

7    that right?

8        A    Correct.

9        Q    And who is Janet Duwe?

10       A    At the time, she was the nurse on call for

11   the sick calls.

12       Q    How come you called her?

13       A    Because that's what we're supposed to do.

14       Q    I know that.  But was there something

15   specific that you knew to call Janet Duwe, or did you

16   just make a phone call generally to a nurse's station?

17       A    No, we have a sick call list -- on third

18   shift we have a sick call list.  That sick call list

19   tells us who to call on that specific date.

20       Q    So Janet Duwe was listed as that contact

21   person, correct?

22       A    Janet Duwe was -- no, it doesn't go by name,

23   it goes by infirmary or intake.  That night it was the

24   intake nurse, and Janet was the intake nurse.

25       Q    What does it mean to be an intake nurse, do

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

1   you know?

2       A    We have nurses -- when prisoners first come

3   in, they have to be assessed by medical staff.  So we

4   have medical staff and intake, and we have medical

5   staff and the infirmary.

6       Q    And so when you talked to Janet Duwe, what

7   did you tell her?

8       A    I told her -- I gave her the name -- so the

9   way that we do it, we give them the inmate's name, the

10  date of birth, and what housing unit they're in, what

11  cell they're in, and what the situation is.

12      Q    Okay.  What did you tell her about the

13  situation?

14      A    I told her that -- what Stout told me, that

15  he had thrown up and that he was having stomach pains.

16  That's what I told her.

17      Q    And what did Janet Duwe tell you?

18      A    She told me because he was an MDC, since he

19  was going to prison that morning, that the nurse in

20  transportation would see him when he goes down later

21  on that morning.  When he goes down for trans, that's

22  when he would be seen by that nurse, the

23  transportation nurse.

24      Q    Did you know at that time that he was

25  scheduled to go to the Department of Corrections?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 14

1        A     Yes.

2        Q     When did you find that out?

3        A     We know at the start of shift who's going to

4    MDC.

5        Q     So you knew when you came on duty that he

6    was going to go sometime that day, on June the 11th,

7    down to the Department of Corrections, correct?

8        A     Correct.  Correct.

9        Q     And apparently, Janet Duwe knew he was going

10   also because she told you that he was scheduled to go

11   as well, correct?

12       A     Correct.

13       Q     Now, when you have the conversation with

14   Janet Duwe, have you seen at that point in time, have

15   you seen Daniel Stout?

16       A     No.  I was not touring the housing unit.  So

17   on the floor, we break down the floor.  I was touring

18   A and B and my partner was touring C and D.

19       Q     All right.  So after you have this

20   conversation with Janet Duwe, do you hear anything

21   else from Mr. Stout?

22       A     He called back to find out what the nurse

23   said and I relayed the message to him.

24       Q     Now, according to your report there, you

25   said that you contacted the nurse at intake at 5:34

Sturm Reporting Services, Inc.
314.780.2816

Tonya English

Page 15

1    hours; is that correct?

2         A    Correct.

3         Q    That's 5:34 in the morning, right, a.m.?

4         A    Correct, correct.

5         Q    And what time does Mr. Stout contact you

6    back?

7         A    According to this report, 5:36.

8         Q    What does he tell you then?

9         A    He wanted to know what the nurse said, and I

10   told him -- well, let me see.  He told me that he

11   threw up again, and I told him what the nurse said.  I

12   told him that the nurse said that he'll be seen in

13   trans, so...

14        Q    So when you talked to Mr. Stout the first

15   time, he told you that he threw up.  Did he tell you

16   when he threw up?

17        A    I don't recall.

18        Q    So, in any event, about two minutes later,

19   after you have the phone call with Nurse Duwe, he

20   tells you again that he threw up again, correct?

21        A    Correct.  That's what the report says.

22        Q    Well, is that your recollection as well?

23        A    That happened in 2019.  I'm only going by

24   what this report says.  It's a little -- I'm assuming

25   that's what happened, because that's what my report

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 16

1    says.

2         Q    That's fair.  And I realize it was a couple

3    years ago, but you're free to use the report to

4    refresh your recollection, okay?

5         A    Okay.

6         Q    I'm assuming that you prepared this report

7    close in time to the event when it occurred, correct?

8         A    Say it again.

9         Q    That you prepared this report close in time

10   to June 11 of 2019; is that right?

11        A    You said I compared it?

12        Q    No, you prepared it.

13        A    Oh, prepared it.  Okay.

14        Q    Close in time to June 11 of 2019 when this

15   event occurred, correct?

16        A    This report was written at 14:27.  All of

17   this information that's on this report was in my event

18   log at the time that it happened.

19        Q    So when you received the first phone call or

20   the first contact from Mr. Stout, did you immediately

21   contact Duwe to tell her?

22        A    No, I had to find out who was the sick call

23   nurse.  So if he called me at 5:30, I had to find out

24   who was the nurse on call.  So when I -- it says I

25   called her at 5:34, so that was when I found out who

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                          9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 17

1    was the nurse that was on call.

2        Q    So it took you about four minutes to find

3    out who the nurse was that was on call.

4        A    Exactly.  If I had to call, I may have had

5    to call somewhere else and then finally got the intake

6    nurse.  I don't know.  I don't recall.

7        Q    Now, when Mr. Stout called back, asking --

8    or telling you that he had thrown up now for a second

9    time and wanted to know, I guess, where the nurse was,

10   is that what he was looking for?

11       A    I guess so.  It happened a couple years ago.

12   I'm assuming that's how that went.  That's normally

13   how it goes.  That's what the report says, and that's

14   what happened.

15       Q    And the second time that he contacted you,

16   in addition to telling you that he had thrown up

17   again, did he also tell you that he was continuing to

18   have stomach pains?

19       A    Did he also tell me what?  The screen froze,

20   so I didn't hear what you said.  Did he also tell me

21   what?

22       Q    That he had thrown up again and that he was

23   also continuing to have those stomach pains.

24       A    Let's see.  What does the report say?  Yeah,

25   that's what the report says.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                        9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 18

1        Q    And does that refresh your recollection?

2        A    I don't recall.  I'm only -- like I said,

3    that was some years ago.  You know what happened

4    between '19 and '21?  I'm only going by what this

5    report is saying.  If I wrote the report, everything

6    that I said in the report, if that's what I wrote,

7    that's what happened.

8        Q    So after you got the second contact from

9    Officer Stout, at that point did you tell him what you

10   had -- the information that you were given by

11   Nurse Duwe?

12           MR. BANKS:  Excuse me, Officer Stout?

13           THE WITNESS:  Inmate Stout?

14   BY MR. CHET PLEBAN:

15       Q    Inmate Stout, I'm sorry.

16       A    Rephrase the question.

17       Q    Yes.  When Mr. Stout contacted you again,

18   looking for where the nurse was or what kind of

19   medical care he was going to get, did you tell him

20   then at that point what you had been told by

21   Nurse Janet Duwe?

22       A    Okay.  So the report says I restated the

23   information that I was given by Nurse Duwe.  And so

24   that's what I told him.

25       Q    Okay.  Did you have any more contact by

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 19

1   Daniel Stout after that second call?

2        A    After that second call, it was time to

3   remove the MDCs from the unit, so that's what we did.

4   We went in and got -- and I don't even recall if I'm

5   the one that went in and got them.  But he was brought

6   out of the housing unit and placed into a sally port.

7   So that's what happened.

8        Q    Did you see him in the sally port?

9        A    Yes.

10       Q    What did he look like?  Do you remember what

11  he looked like when you saw him in the sally port?

12       A    No, I don't.

13       Q    Was there a time while he was in the sally

14  port that he was offered a chair or given a chair?

15       A    Yes, he asked me for a chair.  I gave him a

16  chair.  And then, according to this report, he said he

17  didn't want the chair, that he was just going to lay

18  down, so I took the chair out.

19       Q    And he just laid on the floor?

20       A    Yes.

21       Q    During this period of time, were you

22  communicating with any of your supervisors?

23       A    I alerted -- I let my lieutenant on duty

24  know, which was Lieutenant Brian Mitchell.

25       Q    What did you tell him?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 20

1      A    I told him that he was complaining of

2   stomach pains, that he had thrown up a couple times,

3   and that the nursing staff refused to come see him,

4   and that he will be seen by the nurse in

5   transportation.

6      Q    Do you know what time Lieutenant Mitchell

7   arrived on the floor?

8      A    According to this report, at 5:40.

9      Q    Did you see Lieutenant Mitchell do anything

10  as it related to Daniel Stout?

11     A    Yes, he went to the sally port that he was

12  in.  What he said to Mr. Stout, I have no idea.

13     Q    But you saw him go into the sally port, and

14  while you might not have been able to hear the

15  conversation, did it appear that he was having some

16  sort of a conversation with Daniel Stout, or at least

17  talked to Daniel Stout?

18     A    It appeared that he was having a

19  conversation with him, yes.

20     Q    Do you know how long that conversation

21  lasted?  Do you have any idea?

22     A    I don't recall.  I do not recall.

23     Q    Did you have any further contact with

24  Daniel Stout at that point?

25     A    At what point?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                              9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 21

1       Q    At the point where you saw the lieutenant go

2    in and say something or have a conversation with

3    Stout.

4       A    According to this report, no, I didn't go

5    back in.  I went in to count with the first shift

6    officer at 6:03.  It says on or roughly at 6:03.

7       Q    You went to do your count.

8       A    Uh-huh.

9       Q    After you did your count, did you come back

10   into the area of the sally port again?

11      A    Let's see.  I don't recall.  Let me look at

12   this report.

13      Q    Was there any time that you saw any vomit in

14   the sally port?

15      A    Okay.  So according to this report, he had

16   thrown up again in the sally port.

17      Q    How do you know that?

18      A    I had to have gone back in.  I said:

19   Afterwards, I walked over to 5A and observed that

20   Inmate Stout had regurgitated inside the sally port.

21      Q    So you saw him throw up in the sally port or

22   there was vomit --

23      A    I saw that there was vomit on the floor.

24      Q    And was that --

25      A    There was vomit on the floor.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 22

1      Q    Okay.  Was that in the area where he was?

2      A    Yes.

3      Q    So you didn't actually see him throw up, it

4   was just in the area where he was lying, correct?

5      A    Correct, correct.

6      Q    You said in your report that the first shift

7   lieutenants were informed of the situation.  What did

8   you mean by that?

9      A    We have to give them -- we have to let them

10   know what happened -- we have to give them a briefing

11   of what happened on third shift.  So I briefed them on

12   everything that happened, and I briefed them on the

13   situation with Stout.

14      Q    Were you getting ready to go off duty?

15      A    Say that again.

16      Q    Were you getting ready to go off duty?

17      A    Yes.

18      Q    So did you actually see any transportation

19   officer take custody of Daniel Stout while you were in

20   that sally port?

21      A    I don't recall.  It shows afterwards

22   transportation officer arrived to the floor and

23   escorted him out.

24      Q    So according to your report, you said that

25   the transportation officer arrived on the floor at the

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 23

1   sally port and escorted Stout off the floor, correct?

2        A    That's what my report says, yes.

3        Q    Is that something that you recall seeing?

4        A    Yeah.  If I wrote it down, then that's what

5   I saw happen.

6        Q    And while you were in that sally port in the

7   presence of Daniel Stout, did you ever see any medical

8   care provider, a nurse, a doctor --

9        A    No.

10       Q    -- any kind that treated him?

11       A    No, no.

12       Q    Did you ever see them on that floor?

13       A    No.

14       Q    Did you have any conversation with

15   Janet Duwe after the contact that you had with her at

16   5:34 a.m.?

17       A    No.

18       Q    Did she have any contact with you after the

19   5:34 contact that you had with her to bring you up to

20   date as to what was going to happen with respect to

21   any medical care that was going to be provided to

22   Daniel Stout?

23       A    No.

24       Q    Did anyone have any conversation with you

25   with respect to what kind of medical care Daniel Stout

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 24

1    was going to receive that morning?

2         A    Other than he would be seen by the nurse in

3    transportation, no.

4         Q    Where was your understanding as to where

5    that was going to occur?

6         A    Downstairs where the inmates go to be held

7    before they leave the facility.

8         Q    Do you know whether or not of your own

9    knowledge that ever happened?

10        A    I do not.

11        Q    Now, do you know -- obviously, Daniel Stout

12   told you that he was sick.  You know, you have

13   personal knowledge, that he threw up, correct?

14        A    From my personal knowledge of seeing it in

15   the sally port, yes.  What he did inside his cell I

16   have no clue.

17        Q    But you saw vomit in his cell, too, didn't

18   you?

19        A    No, I never went to his cell.

20        Q    I've got you.  So do you know -- and you

21   knew that he was scheduled, at least, to be

22   transported to the Missouri Department of Corrections,

23   right?

24        A    Correct.

25        Q    Do you know what the protocol was on June

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 25

1    the 11th of 2019 as to whether, when somebody is

2    scheduled to be transferred to the Missouri Department

3    of Corrections and they're sick, what happens?

4         A    I have no idea because I don't deal with

5    that part of it.  I do not know.

6         Q    Who would be making that decision as to

7    whether or not that person who is sick still has to be

8    transferred?

9         A    I have no idea.

10             MR. DeBEER:  Objection.  Speculation.

11   BY MR. CHET PLEBAN:

12        Q    Do you know of your own knowledge that, in

13   fact, he was transported?

14        A    I'm assuming he was transported because I

15   got the phone call saying that he had passed at the

16   prison.

17        Q    Who told you that?

18        A    Darby Howard.

19        Q    Who is that?

20        A    He's the deputy director.  And I can't

21   recall whether or not he was the director at the time

22   or just the deputy director, but that's what his

23   position is now.  He's the deputy director.

24        Q    When did you receive that call?

25        A    I don't recall.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 26

 1      Q    What did he tell you?

 2      A    It was later on.  Because I was third shift

 3  at that time, so it would have been later on that day.

 4  But I really don't know what time it was that he

 5  called me.

 6      Q    And what did he tell you?

 7      A    He told me that Inmate Stout had died at the

 8  prison.

 9      Q    Do you know why he was giving you that

10  information?

11      A    I'm assuming because it was my floor.  He

12  left my floor, I guess.  I don't know.  I don't

13  recall.  I can't really say why he was giving me that

14  information.

15      Q    You didn't ask him why he was giving you

16  that information, did you?

17      A    Say that again.

18      Q    You did not ask him why he was contacting

19  you to tell you that Daniel Stout had died.

20      A    I don't recall.

21      Q    So you don't know of your own knowledge

22  whether or not Daniel Stout, after the time that you

23  saw him on June the 11th of 2019, whether he got any

24  medical treatment at all while in the custody of St.

25  Louis County, correct?

Electronically signed by Jo Ann Sturm (201-381-537-0609)        9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 27

```
 1        A    I don't know, no.
 2        Q    Officer English, a couple more questions.
 3   At any time did you make a statement that the vomit
 4   that you had seen in the sally port by Daniel Stout
 5   had the appearance of motor oil?  You remember that?
 6        A    I don't recall.
 7        Q    Did you -- you gave a recorded statement
 8   to -- or written, to Tonya V. Johnson, Internal
 9   Affairs manager; is that correct?
10        A    It's possible.  I don't recall.
11        Q    I'm going to show you a document.  It's
12   marked as Exhibit 6.
13        A    That I wrote?
14        Q    No.  At the bottom it says
15   Officer Tonya English, DSN 1344.  Is that you?
16        A    That's me.
17        Q    And it recites information that you had
18   provided to Miss Johnson, the Internal Affairs
19   manager.  Do you remember seeing Miss Johnson, the
20   Internal Affairs manager?
21        A    It's possible, but I don't recall.
22        Q    Do you remember an investigation that was
23   being conducted --
24        A    Oh, yeah, there was.  Yeah, there's an
25   investigation anytime that someone dies.
```

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 28

```
 1      Q    Okay.  And so you were asked questions by
 2   the Internal Affairs division of the County,
 3   Department of Corrections, right?
 4      A    Correct.
 5      Q    All right.  And that -- either you provided
 6   written statements to them or this was a recorded
 7   statement.  Do you remember whether or not they
 8   recorded the questions that they asked and the answers
 9   that you gave?
10      A    I don't know.  I don't know if it was
11   recorded or written.
12      Q    And this document that we're showing you
13   right now, Bates number 03, have you ever seen this
14   document before?
15      A    I have not.
16      Q    Go to the next page.
17           Here's the next page.  You've never seen any
18   of this before?
19      A    No.
20      Q    Go ahead and highlight the motor oil.
21           You see where we've highlighted on this next
22   page here?
23      A    Oh, okay.  All right.
24      Q    Motor oil.  Do you see that?
25      A    All right.
```

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 29

1      Q    Do you recall telling anyone that the vomit
2   that you saw in the sally port had the appearance of
3   motor oil?
4      A    Okay.  If this is what it's saying, then
5   that's correct.  I just didn't remember it, but now
6   that you're showing it to me, apparently that's what I
7   said if that's what she wrote down.
8      Q    I'm actually more interested in whether you
9   gave an oral statement or a written statement to --
10     A    See, I can't tell you -- give that
11  information.  That happened in 2019.  It's 2021.  I
12  don't know if I wrote it down or if they had me on
13  recording.  I don't know.
14           MR. CHET PLEBAN:  For the record, Cate,
15  apparently we don't have any oral statement or
16  recorded statement or any written statement in
17  connection with the information that appears on this
18  report.
19           MS. ROBERTSON:  Right.  You've asked me
20  about six times for that, and six times I've gotten
21  back to my client and we don't have it.  I don't know
22  that it ever existed.  I can't give you something that
23  doesn't exist.
24           MR. CHET PLEBAN:  I don't want to do
25  discovery here.  But I guess the question is, it came

Sturm Reporting Services, Inc.
314.780.2816

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 30

1  from someplace, and obviously, this motor oil issue is

2  not in her written statement that she provided

3  previously that we showed her.  It's got to be

4  somewhere.

5          MS. ROBERTSON:  No, it doesn't.

6  Tina Johnson can verbally interview her and write this

7  in her report.

8          MR. CHET PLEBAN:  Then she'd have to have

9  some notes.  There has to be some document that she

10  used to prepare this document someplace.

11          MS. ROBERTSON:  You can ask her that when

12  you depose it.  But I don't have it.  If I had it, I'd

13  give it to you, Chet.  There's no reason for me not to

14  give it to you.

15          MR. CHET PLEBAN:  I'm not quarreling with

16  you.  But for somebody just to say we just don't have

17  it -- and I'm not talking about you, I'm talking about

18  the author of the report.

19          With no backup to this report, it's kind of

20  a waste of time to ask her any additional questions

21  about this report, so we'll -- I have no further

22  questions for this witness now, but we'll reserve our

23  right to recall her.

24          MR. BANKS:  I have no questions.

25          MS. ROBERTSON:  Hold on, Officer English.

Sturm Reporting Services, Inc.
314.780.2816

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 31

1                    CROSS-EXAMINATION

2                    BY MR. DEBEER

3        Q    Officer English, my name is Greg DeBeer.  I

4    have some very, very brief questioning for you, okay?

5        A    Okay.

6        Q    From what I've heard you say today, it

7    sounds like your testimony at this deposition is based

8    solely on your review of your report; is that fair?

9        A    That's fair, because that was in 2019.  I

10   don't remember.  I can't give you -- I had to look at

11   the report myself to even refresh my memory, so...

12       Q    As you sit here today, you don't have an

13   independent recollection of anything that happened

14   other than what's contained in your report; is that

15   fair?

16       A    Correct.

17            MR. DeBEER:  JC or Chet, would you mind just

18   pulling up her report again?

19            MR. PLEBAN:  The one that she wrote up.

20            MR. DeBEER:  It's Bates stamp 275.

21   BY MR. DeBEER:

22       Q    Officer English, you testified earlier that

23   when you spoke with Nurse Duwe, that you identified

24   Mr. Stout by name.

25       A    Yes.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 32

 1      Q    Would you agree with me that your report
 2   does not say that?
 3      A    As far as what?  As far as me telling her
 4   who the inmate is?
 5      Q    Exactly.  Nothing in your report says that
 6   you told Janet Duwe that you identified the inmate by
 7   name when you made the call.
 8      A    I'm sure I did, but I don't recall.  I don't
 9   know why -- I'm not sure.  I don't see what you're
10   saying.
11      Q    My question is, all I want to know is
12   whether it's in this report that we're looking at
13   right now.
14      A    It doesn't say his name, but she knows who
15   I'm talking about because she knew he was going to
16   MDC.
17           MR. DeBEER:  I'll move to strike the
18   nonresponsive portion.
19           MR. PLEBAN:  It was responsive.  But go
20   ahead.
21           MR. DeBEER:  It was not responsive to my
22   specific question, actually, but objection obviously
23   noted.
24   BY MR. DeBEER:
25      Q    Officer English, did you -- based on your

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 33

1    recollection, which I guess is this report, did you

2    ever specifically tell Nurse Duwe or Nurse Heitman

3    that your call was a sick call?  Did you ever say the

4    word sick call?

5          A    I don't recall.

6          Q    And it doesn't say the words sick call

7    anywhere, that you identified it as a sick call

8    anywhere in this report; is that fair?

9          A    Can we move this over some?  I'm not getting

10   this part where your video is at.  Is there any way to

11   move this over so I can get the whole report?

12              MR. J.C. PLEBAN:  How's that?

13              THE WITNESS:  Is there any way to move this

14   side over?

15              MR. DeBEER:  Are you talking about the

16   pictures of us, that we get in the way?

17              THE WITNESS:  Yeah.  Can it go up top

18   instead of on the side?

19              MR. DeBEER:  So if you can go up on your

20   computer and hit the minus, it looks like a minus

21   sign, it will minimize all of our video.

22              THE WITNESS:  I can see it, never mind.

23              MR. DeBEER:  Is that better?

24              THE WITNESS:  Okay.  Okay.  Now what was

25   your question again?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                          9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 34

1   BY MR. DeBEER:

2       Q    It's a really straightforward question.  My

3   question is, is there anything in this report that

4   says that you identified the call to Nurse Duwe as a

5   sick call?

6       A    No, it doesn't.

7       Q    Is there anywhere in this report that states

8   that you specifically requested medical attention from

9   Nurse Duwe or Nurse Heitman?

10      A    That was what the call was for.

11      Q    Did you say that to them on the call?

12      A    I informed her of the situation.  I informed

13  her why I made the call, which was because the guy was

14  throwing up.

15      Q    You said we need medical attention or we

16  need medical help?

17      A    That's not what I -- that's not what my

18  report says, no.

19      Q    The call that you had at 5:34 a.m. with

20  Nurse Duwe, was anyone else present for that call on

21  your end?

22      A    I don't recall.

23      Q    So there's nobody, to your recollection,

24  that can verify what you said during that call other

25  than yourself.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 35

1      A    I'm not saying that there is or not.  I
2  don't remember.
3      Q    As you sit here today, you don't know of
4  anybody that can verify.
5      A    I don't remember if my partner was sitting
6  right there with me, I don't know.  I don't remember.
7      Q    The phone system in 2019, assuming it's
8  different than it is currently now, is there -- and I
9  know this is an odd question.  Were there ever any
10  difficulties hearing each other on those phones?  How
11  well do they work?
12      A    They work just fine.
13      Q    There's never any static on those phone
14  calls?
15      A    Not to my knowledge.
16      Q    There's never a bad -- specifically with
17  this call, or really, any call, there's never a bad
18  connection that you can recall on one of those calls
19  where you missed maybe something that somebody said.
20      A    I don't recall.
21          MR. DeBEER:  Thanks, Officer English, those
22  are all my questions.  I appreciate your time.
23          MR. CHET PLEBAN:  Hold on.  Hold on.
24
25

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 36

1                    REDIRECT EXAMINATION

2                    BY MR. CHET PLEBAN

3        Q    Based upon what you were just asked, I've

4    got a couple more questions for you, Officer English.

5    Bear with me just a little bit.

6              Now, there are certain things that you have

7    independent recollection of.  For example, that

8    Daniel Stout died on June the 11th of 2019, correct?

9        A    Correct.

10       Q    And that he threw up a couple times on

11   June 11th, 2019, correct?

12       A    Correct.

13       Q    And you independently recollect that, right?

14       A    Correct.

15       Q    So I'm going to show you again 6, what's

16   been marked as 6, Exhibit 6.  And when you were

17   interviewed by Miss Johnson at Internal Affairs, you

18   had an independent recollection at that time of all of

19   the events that you witnessed on June 11th, 2019.  Is

20   that a fair statement?

21             MR. DeBEER:  Form.  Calls for speculation.

22             THE WITNESS:  Yes, that's correct.

23   BY MR. CHET PLEBAN:

24       Q    So according to this report, says:  Officer

25   English was asked specifically what information did

Sturm Reporting Services, Inc.
314.780.2816

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 37

1   she relay to Nurse Duwe.

2          Do you see that at the top?

3     A    Yes.

4     Q    And according to this report:  She stated

5   that she informed her that an inmate that is on the

6   list to leave for MDC had vomited and that he is

7   complaining of stomach pains.

8          Is that correct?

9     A    Correct.

10    Q    So you gave Nurse Duwe, at least according

11  to this report, information with respect to the

12  information that you had received from Stout, right?

13         MR. DeBEER:  Objection.  Foundation.

14  BY MR. CHET PLEBAN:

15    Q    Is that correct?

16    A    Say it again.

17    Q    Sure.  According to at least this report,

18  you provided Nurse Duwe with specifics of the

19  information that you had received from Inmate Stout,

20  correct?

21    A    Correct.

22    Q    I mean, it would be meaningless, wouldn't

23  it, for you to contact the nurse and not give that

24  nurse specifics about why you were calling, wouldn't

25  it?

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 38

1      A    Correct.  So what we do as officers, when a

2   inmate calls out and says that they're not feeling

3   good, we immediately find out who's the sick call

4   nurse.  Once we do that -- and sometimes we don't get

5   the person right away, so that could explain why it

6   took me four minutes to get Nurse Duwe.

7           But once we get the nurse that's on call for

8   the sick calls, we tell them their name, their first

9   and last name, their birthday, what housing unit

10  they're in and what cell they're in, and then we go on

11  to let them know what the problem is.

12          So that's protocol.  That's what we do.

13  That would be the only reason why I would call them,

14  unless someone tells me that they're sick or if we

15  have a code one.  In this particular situation, Stout

16  called out, said he was sick.  I did what I was

17  supposed to do, which was call the nurse and let the

18  nurse know what was going on.

19      Q    Your purpose, whether it be with Stout or

20  somebody else, is to hook up the medical people with

21  the person -- the inmate who's complaining about being

22  sick, right?

23      A    Correct.

24      Q    Because you're not suited to handle a

25  medical situation.  You're not trained in that regard,

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 39

1    are you?

2         A    Right.  Exactly.  That's what we're trained.

3    We're not medical staff.  So I don't care if he called

4    and told me he hit his finger.  I still have to call

5    the nurse and let the nurse know what's going on

6    because I'm not medical.  I can't say, well, you just

7    hit your finger, you're going to be okay.  It could be

8    something more serious than that.

9              We have to call medical staff.  When they

10   call out to us and let us know that they're not

11   feeling good or whatever the situation may be, we have

12   to, per policy, call medical staff and let them know

13   what's going on.

14        Q    Based upon the information that Daniel Stout

15   gave to you, and based upon your observation of

16   Daniel Stout, and based upon the vomit that you saw as

17   it relates to Daniel Stout, was there any doubt in

18   your mind that Daniel Stout on June 11th, at the time

19   that you saw him, was sick?

20             MR. BANKS:  Objection.  Asked and answered.

21             MR. DeBEER:  Calls for speculation --

22             THE WITNESS:  There's no doubt in mind --

23             MR. DeBEER:  Hold on, Officer.  Hold on.

24   Calls for speculation.  You just verified that she

25   doesn't have the expertise to make a determination

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 40

1   like that.  She's not medical.

2          MR. CHET PLEBAN:  Is that your objection?

3          MR. DeBEER:  That's my objection.

4          MR. CHET PLEBAN:  The objection will be

5   preserved.

6   BY MR. CHET PLEBAN:

7      Q   Was there any doubt in your mind, okay, as a

8   correction officer, that Daniel Stout was sick and in

9   need of some kind of medical attention?

10     A   No, there is no doubt in my mind.  I mean,

11  he said he wasn't feeling good.  I called medical.

12     Q   And you're not trained medically, are you?

13     A   No.

14     Q   But as a layperson and as a correction

15  officer, you can tell if somebody is sick, correct?

16     A   I can tell what they tell me.

17     Q   Yeah.

18     A   So when he called, he said he was throwing

19  up.  That was the information I relayed to her, that

20  he said his stomach was hurting and that he had thrown

21  up.  That's what I gave her.

22     Q   And you saw vomit next to him in the sally

23  port.

24     A   In the sally port.  I saw vomit next to him

25  in the sally port.

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 41

1      Q    And what did you conclude from that?

2      A    That obviously he was sick and needed to be

3   seen.

4      Q    And that's why you were calling Duwe or a

5   nurse or the medical people to take care of him,

6   correct?

7      A    Right.

8           MR. BANKS:  Objection.  Asked and answered.

9   BY MR. CHET PLEBAN:

10     Q    You weren't calling just for general

11  information, were you, from Duwe or anybody else?

12     A    No, why would I do that?  We don't call them

13  for information.  We call them to give them

14  information.

15     Q    And you gave them the information that you

16  had gotten from Stout, correct?

17     A    Correct.

18          MR. CHET PLEBAN:  That's all.

19          MR. DeBEER:  Fantastic.

20               FURTHER CROSS-EXAMINATION

21                  BY MR. DEBEER

22     Q    Officer English, you had a protocol in 2019

23  that you were required to follow with regard to sick

24  calls; is that accurate?

25     A    What protocol are you talking about?  We

Electronically signed by Jo Ann Sturm (201-381-537-0609)                    9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

1   talking about inmate calls us to let us know that

2   they're not feeling well?

3        Q    Are you aware that in your policies and

4   procedures there was a written protocol for sick calls

5   that governs correctional officers in 2019?  Are you

6   aware of that?

7        A    I don't know what you're talking about.  I'd

8   have to go and look it up.

9        Q    So as you sit here today, you're not aware

10  of a policy or procedure relating to sick calls that

11  was in place in 2019.

12       A    I'm only aware of my training, that what I'm

13  supposed to do when an inmate calls me and tells me

14  that they're sick, we're supposed to call the nurse

15  that's on call.

16       Q    Where did you learn that?

17       A    Training.

18       Q    You never saw a written policy on that, is

19  that what you're testifying?

20       A    I'm not saying that, either.  I don't

21  recall.

22       Q    If there was a written policy about sick

23  calls, it would be important to follow that policy,

24  wouldn't it?

25       A    If there is a policy on sick calls, which I

Electronically signed by Jo Ann Sturm (201-381-537-0609)                                            9a0108df-a406-4c19-8459-db09eefa4d47

Tonya English

Page 43

1   followed.  I followed -- I followed what I was trained

2   to do.  If an inmate calls out, says that they're not

3   feeling well, we are to immediately call.  I'm on

4   third shift, so the third shift is sick calls.  So we

5   are to immediately find out who the sick call nurse is

6   for that night, call that nurse, inform them of what

7   the situation is, and they're supposed to -- either

8   they're going to say they're going to come up or

9   they're going to say they're not going to come up.

10          Whatever they do, however we document, we're

11   supposed to then document everything that they say,

12   which is what I did.

13      Q    That's your recollection; that's your

14   comprehensive recollection of what the policy was for

15   sick calls, correct?

16      A    I would have to read the policy again to

17   refresh my memory, because I don't recall.

18          MR. DeBEER:  Thank you, Officer English.  I

19   have nothing more.

20          MR. CHET PLEBAN:  I don't have anything

21   else.

22          MS. ROBERTSON:  Officer English, do you

23   recall we talked about waiving signature versus

24   reviewing and signing?  Do you want to waive

25   signature.

Sturm Reporting Services, Inc.
314.780.2816

Tonya English

Page 44

1          THE WITNESS:  Okay.  Yes.

2          MS. ROBERTSON:  You're free to go.  Thank

3   you for your time today.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sturm Reporting Services, Inc.
314.780.2816

Page 45

1                    REPORTER CERTIFICATE

2

3          I, JO ANN STURM, CSR, CCR, do hereby certify
   that there came before me

4                    TONYA ENGLISH

5    who was by me first duly sworn to testify to the truth
     and nothing but the truth of all knowledge touching
6    and concerning the matters in controversy in this
     cause; that the witness was thereupon carefully
7    examined under oath and said examination was reduced
     to writing by me; and that this deposition is a true
8    and correct record of the testimony given by the
     witness.
9
           I further certify that I am neither attorney
10   nor counsel for nor related nor employed by any of the
     parties to the action in which this deposition is
11   taken; further, that I am not a relative or employee
     of any attorney or counsel employed by the parties
12   hereto or financially interested in this action.

13

14         Dated September 21, 2021.

15

16

17   _____
     JO ANN STURM, CSR, CCR
18   ILLINOIS CSR NUMBER: 084-002267
     MISSOURI CCR NUMBER: 716
19

20

21

22

23

24

25

Sturm Reporting Services, Inc.
314.780.2816

**A**

a.m 9:20,21 15:3 23:16 34:19
able 20:14
accurate 41:24
action 45:10,12
ADAMS 4:7
addition 17:16
additional 30:20
administered 5:12
Affairs 27:9,18 27:20 28:2 36:17
age 5:10
ago 7:25 16:3 17:11 18:3
agree 32:1
agreeable 7:5,13
AGREED 5:1
agreement 5:7
ahead 28:20 32:20
al 1:9 3:8
alerted 19:23
angela 1:5 3:4 4:2 6:22
Ann 1:18 3:15 5:4 45:2,17
answer 7:15
answered 39:20 41:8
answers 28:8
anybody 35:4 41:11
anytime 27:25
apparently 14:9 29:6,15
appear 20:15
appearance 27:5 29:2
appeared 20:18
appears 29:17
appreciate 35:22

area 21:10 22:1 22:4
arrived 20:7 22:22,25
asked 7:1 19:15 28:1,8 29:19 36:3,25 39:20 41:8
asking 7:4,13 17:7
assessed 13:3
assume 7:10
Assumes 11:24
assuming 15:24 16:6 17:12 25:14 26:11 35:7
attention 7:18 34:8,15 40:9
attorney 45:9,11
author 30:18
Avenue 1:21 4:6 4:11
aware 42:3,6,9 42:12

**B**

B 14:18
back 14:22 15:6 17:7 21:5,9,18 29:21
backup 30:19
bad 35:16,17
Banks 4:5,5 18:12 30:24 39:20 41:8
based 31:7 32:25 36:3 39:14,15,16
Bates 9:8 28:13 31:20
Bear 36:5
behalf 1:15 3:13
Bend 3:15 4:4
better 33:23
Big 3:15 4:3

birth 13:10
birthday 38:9
bit 6:1 8:14 36:5
bottom 27:14
Boulevard 3:15 4:4
break 14:17
Brian 19:24
brief 31:4
briefed 22:11,12
briefing 22:10
bring 8:14 23:19
brought 19:5

**C**

C 4:1 14:18
call 9:14,16,24 10:14,15,16,22 11:6,6 12:10 12:15,16,17,18 12:18,19 15:19 16:19,22,24 17:1,3,4,5 19:1 19:2 25:15,24 32:7 33:3,3,4,6 33:7 34:4,5,10 34:11,13,19,20 34:24 35:17,17 38:3,7,13,17 39:4,9,10,12 41:12,13 42:14 42:15 43:3,5,6
called 10:1 11:5 11:6 12:12 14:22 16:23,25 17:7 26:5 38:16 39:3 40:11,18
calling 37:24 41:4,10
calls 11:25 12:11 35:14,18 36:21 38:2,8 39:21 39:24 41:24 42:1,4,10,13 42:23,25 43:2

43:4,15
care 11:14,20 18:19 23:8,21 23:25 39:3 41:5
carefully 45:6
Case 1:7 3:7
Cate 29:14
Catherine 4:10
cause 45:6
CCR 1:18,19 45:2,17,18
cell 10:23 13:11 24:15,17,19 38:10
Central 4:11
certain 36:6
CERTIFICA... 45:1
Certified 3:16 3:16 5:4
certify 45:2,9
chair 19:14,14 19:15,16,17,18
checked 11:5
Chet 2:6 4:3 12:1 18:14 25:11 29:14,24 30:8,13,15 31:17 35:23 36:2,23 37:14 40:2,4,6 41:9 41:18 43:20
Chouteau 4:6
clarification 10:10
client 29:21
close 16:7,9,14
clue 24:16
code 38:15
come 12:12 13:2 20:3 21:9 43:8 43:9
Common 5:20
communicating 19:22

compared 16:11
complaining 20:1 37:7 38:21
complete 7:12
comprehensive 43:14
computer 33:20
concerning 45:6
conclude 41:1
conducted 27:23
connection 6:19 8:20 29:17 35:18
contact 9:12 12:20 15:5 16:20,21 18:8 18:25 20:23 23:15,18,19 37:23
contacted 11:21 14:25 17:15 18:17
contacting 26:18
contained 31:14
continuing 17:17,23
control 6:17,18 9:14,17,25 10:16
controversy 45:6
conversation 14:13,20 20:15 20:16,19,20 21:2 23:14,24
correct 6:5,6,9 9:20 10:12,13 10:24 11:13,23 12:8,21 14:7,8 14:8,11,12 15:1,2,4,4,20 15:21 16:7,15 22:4,5,5 23:1 24:13,24 26:25

27:9 28:4 29:5
31:16 36:8,9
36:11,12,14,22
37:8,9,15,20
37:21 38:1,23
40:15 41:6,16
41:17 43:15
45:8
**correction** 6:4
6:10,15 40:8
40:14
**correctional**
42:5
**Corrections** 9:2
13:25 14:7
24:22 25:3
28:3
**correctly** 12:5
**counsel** 5:2,2,7
45:10,11
**Counselor's**
4:11
**count** 21:5,7,9
**County** 1:9 3:8
3:16 4:9,11 6:5
6:7,11,15,22
26:25 28:2
**couple** 7:25 16:2
17:11 20:2
27:2 36:4,10
**court** 1:1 3:1,16
5:4,12
**Cross-Examin...**
2:5,7 31:1
41:20
**CSR** 1:18,18
45:2,17,18
**currently** 35:8
**custody** 22:19
26:24

___
**D**

**D** 2:1 4:7 14:18
**D-U-W-E** 12:6
**Daniel** 6:20 7:23
8:20 9:13

11:11 14:15
19:1 20:10,16
20:17,24 22:19
23:7,22,25
24:11 26:19,22
27:4 36:8
39:14,16,17,18
40:8
**Darby** 8:25
25:18
**date** 12:19 13:10
23:20
**Dated** 45:14
**day** 3:14 7:19,20
14:6 26:3
**deal** 25:4
**death** 6:20,21
7:23 8:20
**DeBeer** 2:5,7
4:7 11:24
25:10 31:2,3
31:17,20,21
32:17,21,24
33:15,19,23
34:1 35:21
36:21 37:13
39:21,23 40:3
41:19,21 43:18
**decision** 25:6
**Defendant** 4:5
**Defendants** 1:10
3:9 4:7,9 5:3
**Department** 9:1
13:25 14:7
24:22 25:2
28:3
**DEPONENT**
2:3
**depose** 30:12
**deposes** 5:13
**deposition** 1:12
3:13 5:3 7:21
9:6 31:7 45:7
45:10
**deputy** 9:3
25:20,22,23

**determination**
39:25
**died** 26:7,19
36:8
**dies** 27:25
**different** 35:8
**difficulties**
35:10
**direct** 2:4 5:15
7:18
**director** 8:23,24
9:3 25:20,21
25:22,23
**discovery** 29:25
**DISTRICT** 1:1
1:1 3:1,1
**division** 1:2 3:2
28:2
**doctor** 23:8
**document** 27:11
28:12,14 30:9
30:10 43:10,11
**documents** 7:22
**doubt** 39:17,22
40:7,10
**Downstairs** 24:6
**DOYLE** 4:5
**Drive** 6:3
**DSN** 27:15
**duly** 45:5
**duties** 6:14
**duty** 9:9 14:5
19:23 22:14,16
**Duwe** 4:7 12:4,9
12:15,20,22
13:6,17 14:9
14:14,20 15:19
16:21 18:11,21
18:23 23:15
31:23 32:6
33:2 34:4,9,20
37:1,10,18
38:6 41:4,11

___
**E**

**E** 2:1,1 4:1,1

**E-N-G-L-I-S-H**
5:21
**earlier** 31:22
**EASTERN** 1:1
1:2 3:1,2
**effort** 7:3
**either** 28:5
42:20 43:7
**employed** 6:7
45:10,11
**employee** 45:11
**English** 1:12 2:3
3:13 5:3,9,19
5:20,22 27:2
27:15 30:25
31:3,22 32:25
35:21 36:4,25
41:22 43:18,22
45:4
**entitled** 6:21
**entry** 8:3
**Eric** 4:5
**escorted** 22:23
23:1
**et** 1:9 3:8
**event** 7:9 15:18
16:7,15,17
**events** 36:19
**eventually** 9:12
**evidence** 11:25
**Exactly** 17:4
32:5 39:2
**examination** 2:4
2:6 5:15 36:1
45:7
**examined** 3:13
5:10 45:7
**example** 36:7
**Excuse** 18:12
**Exhibit** 8:11
27:12 36:16
**exist** 29:23
**existed** 29:22
**expertise** 39:25
**explain** 38:5

___
**F**

**F** 2:1
**facility** 24:7
**fact** 25:13
**facts** 11:24
**fair** 16:2 31:8,9
31:15 33:8
36:20
**Fantastic** 41:19
**far** 7:7,8 11:10
32:3,3
**feeling** 38:2
39:11 40:11
42:2 43:3
**finally** 7:15 17:5
**financially**
45:12
**find** 14:2,22
16:22,23 17:2
38:3 43:5
**fine** 35:12
**finger** 39:4,7
**firm** 4:3,5,8
**first** 10:25 13:2
15:14 16:19,20
21:5 22:6 38:8
45:5
**Five** 6:12,12
**floor** 14:17,17
19:19 20:7
21:23,25 22:22
22:25 23:1,12
26:11,12
**Florissant** 6:3
**follow** 41:23
42:23
**followed** 43:1,1
43:1
**form** 11:21
36:21
**found** 16:25
**Foundation**
37:13
**four** 17:2 38:6
**free** 16:3 44:2

**froze** 17:19
**full** 7:12
**fully** 7:4
**further** 20:23
  30:21 41:20
  45:9,11

----

**G**

**general** 6:14
  41:10
**generally** 12:16
**getting** 22:14,16
  33:9
**give** 11:7 13:9
  22:9,10 29:10
  29:22 30:13,14
  31:10 37:23
  41:13
**given** 18:10,23
  19:14 45:8
**giving** 7:12 26:9
  26:13,15
**go** 6:1 12:22
  13:25 14:6,10
  20:13 21:1,4
  22:14,16 24:6
  28:16,20 32:19
  33:17,19 38:10
  42:8 44:2
**goes** 12:23 13:20
  13:21 17:13
**going** 6:23 8:6
  13:19 14:3,6,9
  15:23 18:4,19
  19:17 23:20,21
  24:1,5 27:11
  32:15 36:15
  38:18 39:5,7
  39:13 43:8,8,9
  43:9
**good** 38:3 39:11
  40:11
**gotten** 29:20
  41:16
**governs** 42:5
**Greg** 31:3

**Gregory** 4:7
**guess** 17:9,11
  26:12 29:25
  33:1
**guy** 34:13

----

**H**

**half** 8:12
**handle** 38:24
**Hanley** 4:8
**happen** 23:5,20
**happened** 10:21
  15:23,25 16:18
  17:11,14 18:3
  18:7 19:7
  22:10,11,12
  24:9 29:11
  31:13
**happens** 25:3
**he'll** 15:12
**head** 7:16
**hear** 7:4,8 10:14
  10:17 14:20
  17:20 20:14
**heard** 7:2,10
  10:18 31:6
**hearing** 7:7
  35:10
**Heitman** 33:2
  34:9
**HEITMANN**
  4:7
**held** 24:6
**help** 34:16
**hereto** 45:12
**highlight** 28:20
**highlighted**
  28:21
**hit** 33:20 39:4,7
**Hold** 30:25
  35:23,23 39:23
  39:23
**hook** 38:20
**hours** 3:14 15:1
**housing** 13:10
  14:16 19:6

38:9
**How's** 33:12
**Howard** 8:25
  25:18
**hurting** 40:20

----

**I**

**idea** 20:12,21
  25:4,9
**identified** 8:11
  31:23 32:6
  33:7 34:4
**Illinois** 1:18
  3:16 45:18
**immediately**
  16:20 38:3
  43:3,5
**important** 42:23
**independent**
  31:13 36:7,18
**independently**
  36:13
**infirmary** 12:23
  13:5
**inform** 43:6
**information**
  11:3,7 16:17
  18:10,23 26:10
  26:14,16 27:17
  29:11,17 36:25
  37:11,12,19
  39:14 40:19
  41:11,13,14,15
**informed** 22:7
  34:12,12 37:5
**inmate** 6:20
  18:13,15 21:20
  26:7 32:4,6
  37:5,19 38:2
  38:21 42:1,13
  43:2
**inmate's** 13:9
**inmates** 24:6
**inside** 21:20
  24:15
**intake** 12:23,24

12:24,25 13:4
  14:25 17:5
**interested** 29:8
  45:12
**Internal** 27:8,18
  27:20 28:2
  36:17
**interview** 30:6
**interviewed**
  36:17
**investigation**
  27:22,25
**issue** 30:1

----

**J**

**J.C** 4:3 33:12
**jail** 6:18
**Janet** 12:4,9,15
  12:20,22,24
  13:6,17 14:9
  14:14,20 18:21
  23:15 32:6
**JC** 31:17
**Jo** 1:18 3:15 5:4
  45:2,17
**Johnson** 27:8,18
  27:19 30:6
  36:17
**journal** 8:3
**June** 7:19,22 9:9
  9:22 10:25
  14:6 16:10,14
  24:25 26:23
  36:8,11,19
  39:18

----

**K**

**kind** 18:18
  23:10,25 30:19
  40:9
**knew** 11:10,19
  12:15 14:5,9
  24:21 32:15
**know** 8:23 12:14
  13:1,24 14:3
  15:9 17:6,9

18:3 19:24
  20:6,20 21:17
  22:10 24:8,11
  24:12,20,25
  25:5,12 26:4,9
  26:12,21 27:1
  28:10,10 29:12
  29:13,21 32:9
  32:11 35:3,6,9
  38:11,18 39:5
  39:10,12 42:1
  42:7
**knowledge** 24:9
  24:13,14 25:12
  26:21 35:15
  45:5
**knows** 32:14

----

**L**

**laid** 19:19
**lasted** 20:21
**law** 3:14 4:3,5,5
  4:8
**lawful** 5:10
**lawsuit** 6:21,24
**lay** 19:17
**layperson** 40:14
**learn** 42:16
**leave** 24:7 37:6
**left** 26:12
**Let's** 17:24
  21:11
**lieutenant** 19:23
  19:24 20:6,9
  21:1
**lieutenants** 22:7
**list** 12:17,18,18
  37:6
**listed** 12:20
**little** 6:1 8:14
  15:24 36:5
**live** 5:23 6:2
**LLC** 3:15 4:3,5
**log** 16:18
**long** 6:10 20:20
**look** 8:7,17

19:10 21:11
31:10 42:8
**looked** 19:11
**looking** 17:10
18:18 32:12
**looks** 33:20
**Louis** 1:9,22 3:8
3:15,16 4:4,6,8
4:9,10,11 6:4,7
6:11,15,22
26:25
**lying** 22:4

---

**M**

**M** 2:1 4:10
**ma'am** 5:18
**making** 25:6
**malcich** 1:5 3:4
4:2 6:22
**manager** 27:9
27:19,20
**marked** 27:12
36:16
**mass** 6:17
**matters** 45:6
**McAuliffe** 4:8
**MDC** 13:18 14:4
32:16 37:6
**MDCs** 19:3
**mean** 12:25 22:8
37:22 40:10
**meaningless**
37:22
**meant** 10:11
**medical** 11:21
13:3,4,4 18:19
23:7,21,25
26:24 34:8,15
34:16 38:20,25
39:3,6,9,12
40:1,9,11 41:5
**medically** 11:15
11:20 40:12
**MELLENTHIN**
4:10
**memory** 7:24

31:11 43:17
**message** 14:23
**mind** 31:17
33:22 39:18,22
40:7,10
**minimize** 33:21
**minus** 33:20,20
**minutes** 15:18
17:2 38:6
**missed** 35:19
**Missouri** 1:1,19
1:22 3:1,15,17
4:4,11 6:3
24:22 25:2
45:18
**Mitchell** 4:10
19:24 20:6,9
**MO** 4:6,8
**morning** 13:19
13:21 15:3
24:1
**motor** 27:5
28:20,24 29:3
30:1
**move** 32:17 33:9
33:11,13

---

**N**

**N** 2:1,1,1 4:1
**name** 5:17,20
6:20 12:5,22
13:8,9 31:3,24
32:7,14 38:8,9
**need** 34:15,16
40:9
**needed** 41:2
**neither** 45:9
**never** 24:19
28:17 33:22
35:13,16,17
42:18
**night** 12:23 43:6
**nod** 7:16
**nonresponsive**
32:18
**normally** 17:12

**noted** 32:23
**notes** 30:9
**number** 1:18,19
9:8 28:13
45:18,18
**nurse** 11:6,6,21
12:3,10,24,24
12:25 13:19,22
13:23 14:22,25
15:9,11,12,19
16:23,24 17:1
17:3,6,9 18:11
18:18,21,23
20:4 23:8 24:2
31:23 33:2,2
34:4,9,9,20
37:1,10,18,23
37:24 38:4,6,7
38:17,18 39:5
39:5 41:5
42:14 43:5,6
**nurse's** 12:16
**nurses** 13:2
**nursing** 20:3

---

**O**

**O** 2:1,1
**oath** 5:12 45:7
**objection** 11:24
25:10 32:22
37:13 39:20
40:2,3,4 41:8
**observation**
39:15
**observed** 21:19
**obviously** 24:11
30:1 32:22
41:2
**occur** 24:5
**occurred** 16:7
16:15
**occurrence** 6:24
**odd** 35:9
**offered** 19:14
**Office** 4:11
**officer** 5:22 6:4

6:10,16 18:9
18:12 21:6
22:19,22,25
27:2,15 30:25
31:3,22 32:25
35:21 36:4,24
39:23 40:8,15
41:22 43:18,22
**officers** 38:1
42:5
**offices** 3:14
**Oh** 16:13 27:24
28:23
**oil** 27:5 28:20,24
29:3 30:1
**okay** 7:6,7,18
8:8 13:12 16:4
16:5,13 18:22
18:25 21:15
22:1 28:1,23
29:4 31:4,5
33:24,24 39:7
40:7 44:1
**once** 38:4,7
**opposed** 10:18
**oral** 29:9,15
**order** 10:17

---

**P**

**P** 4:1,1
**p.m** 3:14,14
**page** 28:16,17
28:22
**pains** 10:2 13:15
17:18,23 20:2
37:7
**part** 5:11 25:5
33:10
**particular** 7:1
38:15
**parties** 45:10,11
**partner** 14:18
35:5
**passed** 25:15
**people** 38:20
41:5

**perfect** 8:16
**period** 19:21
**person** 11:21
12:21 25:7
38:5,21
**personal** 24:13
24:14
**Petruska** 3:15
4:3
**phone** 12:16
15:19 16:19
25:15 35:7,13
**phones** 35:10
**pictures** 33:16
**place** 42:11
**placed** 19:6
**Plaintiff** 1:6,15
3:5,13 4:2 5:2
5:11
**please** 5:17
**Pleban** 2:4,6
3:14 4:3,3,3
5:16 12:1
18:14 25:11
29:14,24 30:8
30:15 31:19
32:19 33:12
35:23 36:2,23
37:14 40:2,4,6
41:9,18 43:20
**point** 14:14 18:9
18:20 20:24,25
21:1
**policies** 42:3
**policy** 39:12
42:10,18,22,23
42:25 43:14,16
**port** 19:6,8,11
19:14 20:11,13
21:10,14,16,20
21:21 22:20
23:1,6 24:15
27:4 29:2
40:23,24,25
**portion** 32:18
**position** 25:23

**P**

possible 27:10 27:21
preparation 7:21 9:5
prepare 8:22 30:10
prepared 8:19 16:6,9,12,13
presence 23:7
present 34:20
preserved 40:5
previously 30:3
prison 13:19 25:16 26:8
prisoners 13:2
problem 38:11
procedure 42:10
procedures 42:4
produced 3:13 5:10
protocol 24:25 38:12 41:22,25 42:4
provided 23:21 27:18 28:5 30:2 37:18
provider 23:8
pulling 31:18
purpose 38:19
put 8:6

**Q**

quarreling 30:15
question 7:1,2,3 7:11,11,13 18:16 29:25 32:11,22 33:25 34:2,3 35:9
questioning 31:4
questions 6:23 27:2 28:1,8 30:20,22,24 35:22 36:4

**R**

R 4:1
read 43:16
ready 22:14,16
realize 16:2
really 26:4,13 34:2 35:17
reason 30:13 38:13
recall 15:17 17:6 18:2 19:4 20:22,22 21:11 22:21 23:3 25:21,25 26:13 26:20 27:6,10 27:21 29:1 30:23 32:8 33:5 34:22 35:18,20 42:21 43:17,23
receive 24:1 25:24
received 16:19 37:12,19
recites 27:17
recollect 36:13
recollection 9:5 15:22 16:4 18:1 31:13 33:1 34:23 36:7,18 43:13 43:14
record 5:17 7:16 9:8 29:14 45:8
recorded 27:7 28:6,8,11 29:16
recording 29:13
Redirect 2:6 36:1
reduced 45:7
referenced 8:7
refresh 7:24 9:5 16:4 18:1 31:11 43:17

refused 20:3
regard 38:25 41:23
regurgitate 10:4
regurgitated 10:9,11 21:20
related 7:22 20:10 45:10
relates 39:17
relating 42:10
relative 45:11
relay 37:1
relayed 14:23 40:19
remember 19:10 27:5,19 27:22 28:7 29:5 31:10 35:2,5,6
remove 19:3
repeat 7:3,10 11:18
rephrase 7:3,10 18:16
report 8:2,7,19 8:22 9:4 10:7,8 10:11 12:6 14:24 15:7,21 15:24,25 16:3 16:6,9,16,17 17:13,24,25 18:5,5,6,22 19:16 20:8 21:4,12,15 22:6,24 23:2 29:18 30:7,18 30:19,21 31:8 31:11,14,18 32:1,5,12 33:1 33:8,11 34:3,7 34:18 36:24 37:4,11,17
reporter 3:16,16 5:5,12 45:1
REPORTING 1:21

represented 4:3 4:5,7,10
requested 34:8
required 41:23
reserve 30:22
reside 5:22
respect 6:23,24 23:20,25 37:11
responding 5:11
response 7:12
responsibilities 6:15
responsive 32:19,21
restated 18:22
resulting 6:21
review 7:22 8:1 31:8
reviewed 8:2
reviewing 43:24
right 6:8,17 7:14 7:17,17 8:13 10:19 11:12,22 12:7 14:19 15:3 16:10 24:23 28:3,5 28:13,23,25 29:19 30:23 32:13 35:6 36:13 37:12 38:5,22 39:2 41:7
Robertson 4:10 29:19 30:5,11 30:25 43:22 44:2
roughly 21:6

**S**

S 4:1
sally 6:3 19:6,8 19:11,13 20:11 20:13 21:10,14 21:16,20,21 22:20 23:1,6 24:15 27:4

29:2 40:22,24 40:25
saw 19:11 20:13 21:1,13,21,23 23:5 24:17 26:23 29:2 39:16,19 40:22 40:24 42:18
saying 12:4 18:5 25:15 29:4 32:10 35:1 42:20
says 5:13 15:21 15:24 16:1,24 17:13,25 18:22 21:6 23:2 27:14 32:5 34:4,18 36:24 38:2 43:2
scheduled 13:25 14:10 24:21 25:2
scoot 5:25
screen 8:6 17:19
second 17:8,15 18:8 19:1,2
see 8:9,10 10:4 11:5 13:20 15:10 17:24 19:8 20:3,9 21:11 22:3,18 23:7,12 28:21 28:24 29:10 32:9 33:22 37:2
seeing 23:3 24:14 27:19
seen 13:22 14:14 14:15 15:12 20:4 24:2 27:4 28:13,17 41:3
September 1:16 3:14 45:14
serious 39:8
SERVICES 1:21

settled 6:13
she'd 30:8
shift 7:20 12:18
    14:3 21:5 22:6
    22:11 26:2
    43:4,4
shorthand 3:16
    5:4
show 27:11
    36:15
showed 30:3
showing 8:12
    28:12 29:6
shows 22:21
sick 11:6,6,11
    12:11,17,18,18
    16:22 24:12
    25:3,7 33:3,4,6
    33:7 34:5 38:3
    38:8,14,16,22
    39:19 40:8,15
    41:2,23 42:4
    42:10,14,22,25
    43:4,5,15
side 33:14,18
sign 33:21
signature 5:6
    43:23,25
signing 43:24
sit 31:12 35:3
    42:9
sitting 9:17 35:5
situation 13:11
    13:13 22:7,13
    34:12 38:15,25
    39:11 43:7
six 29:20,20
solely 31:8
somebody 10:18
    11:14,17,19
    25:1 30:16
    35:19 38:20
    40:15
someplace 30:1
    30:10
sorry 11:16

18:15
sort 20:16
sounds 31:7
South 3:15 4:3,8
    4:11
speak 12:2,3
specific 12:15,19
    32:22
specifically 33:2
    34:8 35:16
    36:25
specifics 37:18
    37:24
speculation
    11:25 25:10
    36:21 39:21,24
spelled 12:6
spelling 5:20
spoke 12:2,4
    31:23
St 1:9,22 3:8,15
    3:16 4:4,6,8,9
    4:10,11 6:4,7
    6:11,15,22
    26:24
staff 13:3,4,5
    20:3 39:3,9,12
stamp 31:20
start 14:3
State 3:17
stated 37:4
statement 10:3
    27:3,7 28:7
    29:9,9,15,16
    29:16 30:2
    36:20
statements 28:6
states 1:1 3:1
    34:7
static 35:13
station 12:16
STIPULATED
    5:1
stomach 10:2
    13:15 17:18,23
    20:2 37:7

40:20
stop 7:2,9
Stout 6:20 7:23
    8:20 9:13
    11:11 13:14
    14:15,21 15:5
    15:14 16:20
    17:7 18:9,12
    18:13,15,17
    19:1 20:10,12
    20:16,17,24
    21:3,20 22:13
    22:19 23:1,7
    23:22,25 24:11
    26:7,19,22
    27:4 31:24
    36:8 37:12,19
    38:15,19 39:14
    39:16,17,18
    40:8 41:16
straightforward
    34:2
Stratford 1:21
strike 32:17
Sturm 1:18,21
    3:15 5:4 45:2
    45:17
Suite 4:8
suited 38:24
supervisor 9:1
supervisors
    19:22
supposed 11:9
    12:13 38:17
    42:13,14 43:7
    43:11
sure 8:15 11:19
    32:8,9 37:17
sworn 3:13 5:10
    45:5
synonym 10:6
system 35:7

―――――――
T
―――――――
T 2:1
take 8:7,17

11:14,20 22:19
    41:5
taken 1:15 5:4
    45:11
talked 13:6
    15:14 20:17
    43:23
talking 30:17,17
    32:15 33:15
    41:25 42:1,7
tell 5:17 13:7,12
    13:17 15:8,15
    16:21 17:17,19
    17:20 18:9,19
    19:25 26:1,6
    26:19 29:10
    33:2 38:8
    40:15,16,16
telling 10:19,23
    11:11 17:8,16
    29:1 32:3
tells 12:19 15:20
    38:14 42:13
testified 31:22
testify 45:5
testifying 42:19
testimony 31:7
    45:8
Thank 43:18
    44:2
Thanks 35:21
things 36:6
third 7:20 12:17
    22:11 26:2
    43:4,4
threw 10:9,12
    10:23 11:1,11
    15:11,15,16,20
    24:13 36:10
throw 21:21
    22:3
throwing 34:14
    40:18
thrown 10:2
    13:15 17:8,16
    17:22 20:2

21:16 40:20
time 6:25 8:23
    8:24 9:10,18
    10:22,25 11:19
    12:10 13:24
    14:14 15:5,15
    16:7,9,14,18
    17:9,15 19:2
    19:13,21 20:6
    21:13 25:21
    26:3,4,22 27:3
    30:20 35:22
    36:18 39:18
    44:3
times 20:2 29:20
    29:20 36:10
Tina 30:6
today 6:19 31:6
    31:12 35:3
    42:9 44:3
told 10:20 13:8
    13:14,14,16,18
    14:10 15:10,10
    15:11,12,15
    18:20,24 20:1
    24:12 25:17
    26:7 32:6 39:4
Tonya 1:12 2:3
    3:13 5:3,9,19
    27:8,15 45:4
top 33:17 37:2
touching 45:5
touring 14:16,17
    14:18
trained 38:25
    39:2 40:12
    43:1
training 42:12
    42:17
trans 13:21
    15:13
transcribed 5:5
transferred 25:2
    25:8
transportation
    13:20,23 20:5

22:18,22,25
24:3
**transported**
24:22 25:13,14
**treated** 23:10
**treatment** 26:24
**TROY** 4:5
**true** 45:7
**truth** 45:5,5
**two** 15:18
**typewriting** 5:5

___

**U**

**Uh-huh** 8:18
10:5 21:8
**understand** 6:25
7:4,11 9:15
**Understandably**
8:1
**understanding**
9:24 24:4
**understood** 11:1
**unit** 9:14,16,25
10:16 13:10
14:16 19:3,6
38:9
**UNITED** 1:1 3:1
**use** 10:3,7 16:3

___

**V**

**V** 27:8
**verbally** 7:15
30:6
**verified** 39:24
**verify** 34:24
35:4
**versus** 6:22
43:23
**video** 33:10,21
**vomit** 21:13,22
21:23,25 24:17
27:3 29:1
39:16 40:22,24
**vomited** 10:12
37:6
**vomiting** 10:6

**vs** 1:7 3:7

___

**W**

**waive** 43:24
**waived** 5:6
**waiving** 43:23
**walked** 21:19
**want** 7:2 10:9
19:17 29:24
32:11 43:24
**wanted** 15:9
17:9
**wasn't** 40:11
**waste** 30:20
**way** 13:9 33:10
33:13,16
**we'll** 30:21,22
**we're** 11:9 12:13
28:12 32:12
39:2,3 42:14
43:10
**we've** 28:21
**went** 17:12 19:4
19:5 20:11
21:5,7 24:19
**weren't** 41:10
**Wiedner** 4:8
**witness** 5:6,7
18:13 30:22
33:13,17,22,24
36:22 39:22
44:1 45:6,8
**witnessed** 36:19
**WOODS** 4:10
**word** 10:3,8,11
33:4
**words** 10:20
33:6
**work** 6:17 35:11
35:12
**working** 7:19,20
**wouldn't** 37:22
37:24 42:24
**WRIGHT-BE...**
4:10
**write** 10:7,8

30:6
**writing** 45:7
**written** 16:16
27:8 28:6,11
29:9,16 30:2
42:4,18,22
**wrote** 8:2 18:5,6
23:4 27:13
29:7,12 31:19

___

**X**

**X** 2:1,1

___

**Y**

**yeah** 17:24 23:4
27:24,24 33:17
40:17
**years** 6:12,12
7:25 16:3
17:11 18:3

___

**Z**

___

**0**

**03** 28:13
**084-002267** 1:18
45:18

___

**1**

**1010** 4:8
**11** 7:19,22 16:10
16:14
**11th** 9:9,22
10:25 14:6
25:1 26:23
36:8,11,19
39:18
**120** 6:3
**1344** 27:15
**14:27** 16:16
**1450** 4:8
**1824** 4:6
**19** 18:4

___

**2**

**2010** 3:15 4:3
**2019** 7:19,22

9:22 15:23
16:10,14 25:1
26:23 29:11
31:9 35:7 36:8
36:11,19 41:22
42:5,11
**2021** 1:16 3:14
29:11 45:14
**21** 18:4 45:14
**275** 9:8 31:20

___

**3**

**3:35** 3:14
**31** 2:5
**314** 1:22
**36** 2:6

___

**4**

**4:20-CV-01030**
1:7 3:7
**4:28** 3:14
**41** 2:7 4:11

___

**5**

**5** 2:4
**5:30** 9:19,20,21
16:23
**5:34** 14:25 15:3
16:25 23:16,19
34:19
**5:36** 15:7
**5:40** 20:8
**5A** 21:19

___

**6**

**6** 27:12 36:15,16
36:16
**6:03** 21:6,6
**63103** 4:6
**63105** 4:8,11
**63117** 3:15 4:4
**63130** 1:22

___

**7**

**716** 1:19 45:18
**7419** 1:21

**780-2816** 1:22

___

**8**

**8** 1:16 3:14 8:11

___

**9**

**9:58** 9:11