UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-01030-AGF |
| | ) |
| ST. LOUIS COUNTY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants Michelle Wright-Berry, Brian Mitchell, Alexis Woods, Nathaniel Mellenthin, and St. Louis County's (the "County Defendants") motion for extension of time to file their motion for summary judgment. (Doc. No. 116). The County Defendants request an extension of 11 days, to June 3, 2022, to file any dispositive motions. Plaintiff objects to the request, arguing the County Defendants have repeatedly failed to meet deadlines in this matter and granting the extension would prejudice Plaintiff by pushing back the trial date. (Doc. No. 123). The County Defendants have repeatedly failed to meet deadlines, and the Court has informed the County Defendants that it expects them "to fully comply with the new deadlines." (Doc. No. 92 at 2-3). However, denying the County Defendants' motion would prevent it from filing any dispositive motions, as the deadline for filing dispositive motions was May 23, 2022. As such, the Court will extend the deadline for the County Defendants to file any dispositive

motions for 10 days, to June 2, 2022. No further requests for extension of the deadline to file any dispositive motion, or to reply by the County Defendants will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the County Defendants' motion for extension is **GRANTED in part**. (Doc. No. 116). The County Defendants shall have until **June 2, 2022** to file any dispositive motions.

```
                                    _____
                                    AUDREY G. FLEISSIG
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 25th day of May, 2022.