# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:20-cv-01030-AGF |
| ST. LOUIS COUNTY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court after telephone conference with counsel.  The Court discussed all ripe, outstanding motions: Plaintiff's Motion for Discovery, (Doc. No. 69), Plaintiff's Motion to Compel, (Doc. No. 83), Plaintiff's Supplemental Motion to Compel, (Doc. No. 86), and Plaintiff's Motion for Leave to Amend Complaint. (Doc. No. 95).  The Court will address Plaintiff's Motion to Compel, Supplemental Motion to Compel, and Motion for Leave to Amend Complaint by separate orders.  As discussed more fully in the conference call,

**IT IS HEREBY ORDERED** that the parties shall have **two weeks**, to and including **June 29, 2022**, to confer in good faith and attempt to reach agreement on Plaintiff's Motion for Discovery.  (Doc. No. 69).

**IT IS FURTHER ORDERED** that the parties are directed to engage in good faith settlement discussions through counsel over the next **four weeks**.

                                       _____
                                       AUDREY G. FLEISSIG
                                       UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2022.