# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANGELA MALCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  4:20-cv-01030-AGF |
| | ) |
| ST. LOUIS COUNTY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the joint motion of Plaintiff Angela Malcich and Defendants Alexis Woods, Michelle Wright-Berry, Brian Mitchell, Nathaniel Mellenthin, Lt. Troy Doyle, and St. Louis County (the "Moving Defendants") to stay certain deadlines. (Doc. No. 166).  The parties explain that they have reached a settlement of claims which will, with the Court's approval, result in the dismissal of all claims against the moving Defendants.  They move the Court to stay the following deadlines: Plaintiff's reply in support of her motions for summary judgment against the moving defendants, (Doc. Nos. 109, 112), Plaintiff's response to the Moving Defendants' motions for summary judgment, (Doc. Nos. 120, 128), Plaintiff's response to the County's motion to withdraw admissions, (Doc. No. 146), the Moving Defendants' responsive pleadings to Plaintiff's Second Amended Complaint, (Doc. No. 136), and the Moving Defendants' replies in support of their motions to dismiss.

The Court notes that Plaintiff has already filed a response to Doc. No. 120, Defendant Troy Doyle's Motion for Summary Judgment.  (Doc. No. 152).  Additionally, the only currently pending motion to dismiss before the Court is Robert Adams, Janet Duwe, and Connie Heitman's motion to dismiss.  (Doc. No. 160).  However, the Moving Defendants have not yet filed replies in support of their motions for summary judgment.  (Doc. Nos. 120, 128).  The Court will grant the order and stay Plaintiff and the Moving Defendants' deadlines to respond to Doc. Nos. 109, 112, 120, 128, 136, and 147.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Angela Malcich and Defendants Alexis Woods, Michelle Wright-Berry, Brian Mitchell, Nathaniel Mellenthin, Lt. Troy Doyle, and St. Louis County motion to stay certain deadlines is **GRANTED**.  (Doc. No. 166).  The deadlines for Plaintiff and the Moving Defendants to file a responsive pleading to Doc. Nos. 109, 112, 120, 128, 136, and 147 are **STAYED**.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2022.